Herman S. Strauss, appellant, v. Rogers Park Building Corporation et al., defendants. E. G. Shinner et al., appellees. Gen. No. 38,500.

Opinion filed October 11, 1935.

Pritzker & Pritzker, for appellant; Richard Weinberger, of counsel. Morris Blank and Irving Goodman, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

## SECOND DISTRICT.

Aubrey L. Hesse, appellee, v. Oscar Ludwig, appellant. Gen. No. 8,876.

Opinion filed July 6, 1935.

Roy R. Phillips and Charles G. Seidel, for appellant. George D. Carbary, David B. Givler and John K. Newhall, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Christian G. Garber, appellee, v. Charles L. Boon, appellant. Gen. No. 8,914.

Opinion filed July 6, 1935.

Hamilton, Black & Klatt, for appellant. Orman Ridgely and Ben C. Leiken, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Floyd M. Grimes and Alice V. Grimes, appellees, v. Rockford Credit Service, Inc., et al., appellants. Gen. No. 8,926.

Opinion filed July 6, 1935.

Ryan & Hood, for appellants. Miller & Thomas, for appellees; L. C. Miller, of counsel.

Mr. Presiding Justice Wolfe delivered the opinion of the court.